UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TED SIMMONS, on his own behalf and others similarly situated,**

 **Plaintiff,**

v.             Case No.  8:08-cv-500-T-30MAP

**JIM WALTER HOMES, INC.,**

 **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the parties' Stipulated Motion to Stay Action Pending Arbitration (Dkt. 14).  The parties have stipulated that Plaintiff's claims are governed by the arbitration provisions contained within Defendant's Dispute Resolution Program, and have agreed to submit their dispute to arbitration by the American Arbitration Association.

Upon consideration, it is ORDERED AND ADJUDGED that:

1. The parties' Stipulated Motion to Stay Action Pending Arbitration (Dkt. 14) is **GRANTED**.

2. This matter is **STAYED** pending resolution of the related arbitration proceeding.  The Court will retain jurisdiction solely for the purposes of enforcing, modifying, or vacating any arbitration award.

3. Defendant's Motion to Dismiss or, Alternatively, to Stay Proceedings in this Court and Compel Arbitration (Dkt. 9) is **DENIED as moot**.

4. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. The court will reopen this case upon motion and good cause shown.

5. The parties shall notify the Court upon resolution of the pending arbitration proceeding, and shall provide the court with a Status Report every six (6) months until this matter is resolved.

**DONE** and **ORDERED** in Tampa, Florida on May 8, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-500.mt stay.frm